UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
FAY SERVICING LLC, as servicer for
WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
HILLDALE TRUST
JILL A. MANZO, ESQ.
AYS238
bankruptcy@feinsuch.com

Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

HANY ELAZAB

 Debtor(s).

Case No.:   16-32037 JKS

Adv. No.:

Chapter:   11

Hearing Date: August 21, 2018

Judge: Hon. John K. Sherwood

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of **FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors,** FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is hereby vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

☒ Real property more fully described as:

<u>16 BROOK ROAD, UPPER SADDLE RIVER, NJ 07458.</u>

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.