Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32037−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hany Elazab
  16 Brook Road
  Saddle River, NJ 07458

Social Security No.:
  xxx−xx−2050

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by UNITED STATES TRUSTEE.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 5/7/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: April 3, 2019
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 16-32037-JKS
Hany Elazab                                                     Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2019
                              Form ID: 170             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db             +Hany Elazab,    16 Brook Road,    Saddle River, NJ 07458-1204
aty            +Hill Wallack LLP,    21 Roszel Road,    Princeton, NJ 08540-6669
acc            +Abdullah Elkady,    730 Boulevard,    Suite 14B,    Kenilworth, NJ 07033-1752
lm             +Ventures Trust 2013 I-H-R by MCM Capital Partners,,     7500 Old Georgetown Road,    Suite 1309,
                 Bethesda, MD 20814-6133
cr             +Wilmington Savings Fund Society,     Aldridge Pite LLP,    4375 Jutland Dr,    Ste 200,    POB 17933,
                 San Diego, CA 92177-7921
516505931      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516505934      +Amex,    Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
516505938       BSI Financial Services,    101 North 2nd Street,    Titusville, PA 16354
516505935      +Bank America,    Po Box 5170,    Correspondence CA6-919-02-41,    Simi Valley, CA 93062-5170
516505939      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505943      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516505945      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516505946      +Citibank/Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Bopx 790040,
                 Saint Louis, MO 63179-0040
516505947      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516505949      +Hsbc/comp,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
516746661      +LINCARE Inc.,    c/o Berman & Rabin, P.A.,    15280 Metcalf Ave.,    Overland Park, KS 66223-2811
516505951      +Macys/DSNB,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516505956      +Odpt/cbsd,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
516505957      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516505958       Rymr&flnign,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
516505960      +SRA Associates,    401 Minnetonka Rd.,    Somerdale, NJ 08083-2914
516505964     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516574827      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516729358      +Ventures Trust 2013-I-H-R,    c/o Fay Servicing, LLC,    440 S. LaSalle Street, Ste. 2000,
                 Chicago, IL 60605-5011
516505965       Ventures Trust 2013-I-H-R by MCM Capital,    Partners, LLC, its Trustee,    c/o Hill Wallack, PC,
                 21 Roszel Road - PO Box 5226,    Princeton, NJ 08543-5226
516505966     ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
               (address filed with court:    Wells Fargo,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306)
516833330      +Wilmington Savings Fund Society, FSB,    c/o Fay Servicing, LLC,    440 S. LaSalle St.,
                 Suite 2000,    Chicago, IL 60605-5011
516833331      +Wilmington Savings Fund Society, FSB,    c/o Fay Servicing, LLC,    440 S. LaSalle St.,
                 Suite 2000,    Chicago, IL 60605,    Wilmington Savings Fund Society, FSB 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 23:40:42      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bncmail@w-legal.com Apr 03 2019 23:41:23
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Weinstein & Riley, P.S.,
                 2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
516505948      +E-mail/Text: mrdiscen@discover.com Apr 03 2019 23:40:13      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516505950      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 23:40:28      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516505955       E-mail/Text: M74banko@daimler.com Apr 03 2019 23:42:07      Mercedes-Benz Financial,
                 PO Box 5209,    Carol Stream, IL 60197
516505952      +E-mail/Text: M74banko@daimler.com Apr 03 2019 23:42:07      Mercedes-Benz Financial,
                 Po Box 685,    Roanole, TX 76262-0685
516505961      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:20      Syncb/Lord & Taylor,
                 Po Box 103104,    Roswell, GA 30076-9104
516505962      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:46:36      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
516505963      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:20      Synchrony Bank/HH Gregg,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 11
```

```
District/off: 0312-2            User: admin             Page 2 of 2             Date Rcvd: Apr 03, 2019
                                Form ID: 170            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516505932*      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516505933*      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516505937*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516505940*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505941*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505942*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505944*      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516515227*      +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                  Philadelphia, PA 19101-7346
516505953*      +Mercedes-Benz Financial,    Po Box 685,    Roanole, TX 76262-0685
516505954*      +Mercedes-Benz Financial,    Po Box 685,    Roanole, TX 76262-0685
516505959*       Rymr&flnign,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
516549498*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co.,     PO Box 8026,    Cedar Rapids, IA 52408)
516505936     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                              TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              Barry Scott Miller    on behalf of Other Prof. Abdalla   Elkady bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Barry Scott Miller    on behalf of Debtor Hany   Elazab bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Charles H. Jeanfreau    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware
               Trust Charlesj@w-legal.com, BNCmail@w-legal.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jill Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
               SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
               2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```