Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−32037−JKS
                        Chapter:  11
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hany Elazab
   16 Brook Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2050

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 9, 2019
JAN: zlh

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-32037-JKS
Hany Elazab                                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 09, 2019
                              Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db         +Hany Elazab,   16 Brook Road,   Saddle River, NJ 07458-1204
aty        +Hill Wallack LLP,   21 Roszel Road,   Princeton, NJ 08540-6669
acc        +Abdullah Elkady,   730 Boulevard,   Suite 14B,   Kenilworth, NJ 07033-1752
lm         +Ventures Trust 2013 I-H-R by MCM Capital Partners,,   7500 Old Georgetown Road,   Suite 1309,
             Bethesda, MD 20814-6133
cr         +Wilmington Savings Fund Society,   Aldridge Pite LLP,   4375 Jutland Dr,   Ste 200,   POB 17933,
             San Diego, CA 92177-7921
516505938   BSI Financial Services,   101 North 2nd Street,   Titusville, PA 16354
516505945  +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
             Saint Louis, MO 63179-0040
516505946  +Citibank/Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Bopx 790040,
             Saint Louis, MO 63179-0040
516505947  +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
             S Louis, MO 63179-0040
516746661  +LINCARE Inc.,   c/o Berman & Rabin, P.A.,   15280 Metcalf Ave.,   Overland Park, KS 66223-2811
516505956  +Odpt/cbsd,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
516505957  +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516505960  +SRA Associates,   401 Minnetonka Rd.,   Somerdale, NJ 08083-2914
516574827  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
516729358  +Ventures Trust 2013-I-H-R,   c/o Fay Servicing, LLC,   440 S. LaSalle Street, Ste. 2000,
             Chicago, IL 60605-5011
516505965   Ventures Trust 2013-I-H-R by MCM Capital,   Partners, LLC, its Trustee,   c/o Hill Wallack, PC,
             21 Roszel Road - PO Box 5226,   Princeton, NJ 08543-5226
516833330  +Wilmington Savings Fund Society, FSB,   c/o Fay Servicing, LLC,   440 S. LaSalle St.,
             Suite 2000,   Chicago, IL 60605-5011
516833331  +Wilmington Savings Fund Society, FSB,   c/o Fay Servicing, LLC,   440 S. LaSalle St.,
             Suite 2000,   Chicago, IL 60605,   Wilmington Savings Fund Society, FSB 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: IRS.COM May 10 2019 04:14:00    Dist Dir of IRS,   Insolvency Function,   PO Box 724,
             Springfield, NJ  07081-0724
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +E-mail/Text: bncmail@w-legal.com May 09 2019 23:54:08
             Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o Weinstein & Riley, P.S.,
             2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
516505934  +EDI: AMEREXPR.COM May 10 2019 04:14:00    Amex,   Correspondence,   Po Box 981540,
             ElPaso, TX 79998-1540
516505931  +EDI: AMEREXPR.COM May 10 2019 04:14:00    Amex,   Correspondence,   Po Box 981540,
             El Paso, TX 79998-1540
516505935  +EDI: BANKAMER.COM May 10 2019 04:14:00    Bank America,   Po Box 5170,
             Correspondence CA6-919-02-41,   Simi Valley, CA 93062-5170
516505936  +EDI: BANKAMER.COM May 10 2019 04:14:00    Bank Of America,   Nc4-105-03-14,   Po Box 26012,
             Greensboro, NC 27420-6012
516505939  +EDI: CHASE.COM May 10 2019 04:14:00    Chase Card,   Attn: Correspondence,   Po Box 15298,
             Wilmington, DE 19850-5298
516505943  +EDI: CHASE.COM May 10 2019 04:14:00    Chase Card Services,   Correspondence Dept,
             Po Box 15278,   Wilmington, DE 19850-5278
516505948  +EDI: DISCOVER.COM May 10 2019 04:14:00    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
516505949  +EDI: HFC.COM May 10 2019 04:14:00    Hsbc/comp,   Attention: HSBC Retail Services,
             Po Box 5264,   Carol Stream, IL 60197-5264
516505950  +E-mail/Text: bncnotices@becket-lee.com May 09 2019 23:53:10    Kohls/Capital One,
             Po Box 3120,   Milwaukee, WI 53201-3120
516505955   EDI: DAIMLER.COM May 10 2019 04:14:00    Mercedes-Benz Financial,   PO Box 5209,
             Carol Stream, IL 60197
516505951  +EDI: TSYS2.COM May 10 2019 04:14:00    Macys/DSNB,   Attn: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
516505952  +EDI: DAIMLER.COM May 10 2019 04:14:00    Mercedes-Benz Financial,   Po Box 685,
             Roanole, TX 76262-0685
516505958   EDI: WFFC.COM May 10 2019 04:14:00    Rymr&flnign,   Cscl Dispute Team N8235-04m,
             Des Moines, IA 50306
516505961  +EDI: RMSC.COM May 10 2019 04:14:00    Syncb/Lord & Taylor,   Po Box 103104,
             Roswell, GA 30076-9104
516505962  +EDI: RMSC.COM May 10 2019 04:14:00    Synchrony Bank/ JC Penneys,   Po Box 965064,
             Orlando, FL 32896-5064
516505963  +EDI: RMSC.COM May 10 2019 04:14:00    Synchrony Bank/HH Gregg,   Po Box 965060,
             Orlando, FL 32896-5060
516505964   EDI: TFSR.COM May 10 2019 04:13:00    Toyota Motor Credit Co,   Po Box 8026,
             Cedar Rapids, IA 52408
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 09, 2019
                               Form ID: 148             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516505966          EDI: WFFC.COM May 10 2019 04:14:00      Wells Fargo,   Mac F82535-02f,   Po Box 10438,
                    Des Moines, IA 50306
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516505932*      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516505933*      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516505937*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516505940*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505941*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505942*      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516505944*      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516515227*      +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
516505953*      +Mercedes-Benz Financial,    Po Box 685,    Roanole, TX 76262-0685
516505954*      +Mercedes-Benz Financial,    Po Box 685,    Roanole, TX 76262-0685
516505959*       Rymr&flnign,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
516549498*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co.,    PO Box 8026,   Cedar Rapids, IA 52408)
                                                                            TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              Barry Scott Miller   on behalf of Other Prof. Abdalla  Elkady bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Barry Scott Miller   on behalf of Debtor Hany  Elazab bmiller@barrysmilleresq.com,
               jmiller@barrysmilleresq.com
              Charles H. Jeanfreau   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware
               Trust Charlesj@w-legal.com, BNCmail@w-legal.com
              Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
              Jill  Manzo   on behalf of Creditor   FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
               SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
               2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```